364

930 A.2d 1254

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sean P. WARRING, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 16, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of August, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the Court of Common Pleas of Wayne County for resentencing consistent with *Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007).

Jurisdiction relinquished.